```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA

                            ----oo0oo----
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | |
| v. | CR. No. S-99-0269 WBS |
| JESUS SALOMAN-MUNDO, | |
|     Defendant. | NOTICE OF RELATED CASES |
| _____ | |
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | |
| v. | CR. No. S-07-0501 FCD |
| JESUS SALOMAN-MUNDO, | |
|     Defendant. | |
| _____ | |

       Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1984). Both cases involve similar questions of fact and law in that one of the violations alleged in Case No. S-99-0269 is illegal reentry, and illegal entry and illegal reentry under 8 U.S.C. §§ 1325 and 1326 form the basis for the charges alleged in Case No. S-07-0501. Accordingly, the

1 | assignment of the matters to the same judge is likely to effect
2 | a substantial saving of judicial effort and is also likely to be
3 | convenient for the parties.
4 |   The parties should be aware that relating the cases
5 | under Local Rule 123 merely has the result that both actions are
6 | assigned to the same judge; no consolidation of the actions is
7 | effected.  Under the regular practice of this court, related
8 | cases are generally assigned to the judge and magistrate to whom
9 | the first filed action was assigned.
10 |   IT IS THEREFORE ORDERED that the actions denominated
11 | U.S. v. Jesus Saloman-Mundo, Cr. No. S-99-0269 WBS and U.S. v.
12 | Jesus Saloman-Mundo, Cr. No. S-07-0501 FCD should be, and the
13 | same hereby are, deemed related and the case denominated U.S. v.
14 | Jesus Saloman-Mundo, Cr. No. S-07-0501 FCD shall be reassigned
15 | to the Honorable WILLIAM B. SHUBB for all further proceedings.
16 | Any dates currently set in the reassigned case only are hereby
17 | VACATED.  Henceforth, the caption on documents filed in the
18 | reassigned case shall be shown as U.S. v. Jesus Saloman-Mundo,
19 | Cr. No. S-07-0501 WBS.
20 |   IT IS FURTHER ORDERED  that the Clerk of the Court
21 | make appropriated adjustment in the assignment of criminal cases
22 | to compensate for this reassignment.
23 | DATED:  November 19, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2